IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| PAMELA DE FIGARELLI, | ) |
| | ) |
| Plaintiff, | )  Case No. 0:24-cv-60821-AHS |
| | ) |
| v. | )  Judge Raag Singhal |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   **Plaintiff:**

   **PAMELA DE FIGARELLI**
   c/o SmithMarco, P.C.
   7204 Kyle Court
   Sarasota, Florida 34240
   Telephone:   (312) 546-6539
   Facsimile:    (888) 418-1277
   E-Mail:         dmarco@smithmarco.com

**Plaintiff's Counsel:**

David Marco
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
Telephone:   (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithmarco.com

**Defendants:**

**EXPERIAN INFORMATION SOLUTIONS, INC.**
475 Anton Blvd
Costa Mesa, CA 92626

2) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None known to Plaintiff at this time.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None known to Plaintiff at this time.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **Plaintiff:**

   **PAMELA DE FIGARELLI**
   c/o SmithMarco, P.C.
   7204 Kyle Courts
   Sarasota, Florida 34240
   Telephone:   (312) 546-6539
   Facsimile:   (888) 418-1277
   E-Mail:      dmarco@smithmarco.com

**Plaintiff's Counsel:**

David Marco
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
Telephone:   (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithmarco.com

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

By:   *s/ David M. Marco*
       Attorney for Plaintiff

Dated: May 21, 2024

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
Telephone:   (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithmarco.com